PER CURIAM.

(No. 74-CC-661—Claimant )

ROW MOTOR SALES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed June 13, 1974.*

ROW MOTOR SALES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

Per Curiam.